Mildred K. O'Linn (State Bar No. 159055)
  *mko@manningllp.com*
Tony M. Sain (State Bar No. 251626)
  *tms@manningllp.com*
Lynn Carpenter (State Bar No. 310011)
  *llc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants FRESNO POLICE OFFICERS WILLIAM GILLESPIE, KYLE KRAMER AND TERRI COOPER, and CITY OF FRESNO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DISTRICT

| | |
|---|---|
| PHIL SAMPSON, representative of the Estate and Heirs of Dr. Lauren Sampson,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO POLICE OFFICERS, GILLESPIE, KRAMER AND COOPER; CITY OF FRESNO and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION; DECLARATION OF LYNN L. CARPENTER**<br><br>Action Filed:    1/17/20<br>Trial Date:      N/A |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please take notice that defendants Fresno Police Officers William Gillespie, Kyle Kramer, and Terri Cooper, and City of Fresno hereby remove to this Court the state court action described below.

1. On January 17, 2020, an action was commenced in the Superior Court of the State of California in and for the County of Fresno, entitled *Phil Sampson,*

*representative of the Estate and Heirs of Dr. Lauren Sampson v. Fresno Police Officers Gillespie, Kramer, and Cooper, and City of Fresno* (Case No. 20CECG00208). A true and correct copy of the Summons and Complaint, served on Defendant City of Fresno on February 18, 2020, is attached hereto as Exhibit "A."

2. The Complaint contains causes of action for (1) Violation of 42 U.S.C. § 1983 against Officers Gillespie, Kramer, and Cooper (individual liability), and (2) Violation of 42 U.S.C. § 1983 against City of Fresno (municipal liability).

3. This action is a civil action to which this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question), and it is one which may be removed to this Court by defendants, pursuant to the provisions of 28 U.S.C. § 1441(a), in that it arises under 42 U.S.C. § 1983.

4. All defendants are represented by the same counsel and consent to the removal.

5. Accordingly, Defendants respectfully request the above-entitled action, now pending in the Superior Court in the State of California, in and for the County of Fresno, be removed to this federal Court.

DATED: March 2, 2020            **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**

                                By:    /s/ *Lynn L. Carpenter*
                                        Mildred K. O'Linn
                                        Tony M. Sain
                                        Lynn L. Carpenter
                                        Attorneys for Defendants FRESNO
                                        POLICE OFFICERS WILLIAM
                                        GILLESPIE, KYLE KRAMER and TERRI
                                        COOPER, and CITY OF FRESNO

## **DECLARATION OF LYNN L. CARPENTER**

I, Lynn L. Carpenter, state and declare as follows:

1. I am an attorney at law duly authorized to practice before all the courts of the State of California and in the United States District Court for the Eastern District of California. I am an associate in the law firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record herein for Defendants Fresno Police Officers William Gillespie, Kyle Kramer, and Terri Cooper, and City of Fresno

2. If called and sworn as a witness to testify, I am competent to testify and would testify from my own personal knowledge as to the facts set forth in this declaration, except as to those matters that are stated on information and belief. Where matters are stated on information and belief, such information and belief is based on my review of my law firm's files for this matter, including related incident reports, and/or correspondence, and/or comparable communications records.

3. On January 17, 2020, an action was commenced in the Superior Court of the State of California in and for the County of Fresno, entitled *Phil Sampson, representative of the Estate and Heirs of Dr. Lauren Sampson v. Fresno Police Officers Gillespie, Kramer, and Cooper, and City of Fresno* (Case No. 20CECG00208). A true and correct copy of the Summons and Complaint, served on Defendant City of Fresno on February 18, 2020, is attached hereto as Exhibit "A."

4. The Complaint contains causes of action for (1) Violation of 42 U.S.C. § 1983 against Officers Gillespie, Kramer, and Cooper (individual liability), and (2) Violation of 42 U.S.C. § 1983 against City of Fresno (municipal liability).

5. This action is a civil action to which this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question), and it is one which may be removed to this Court by defendants, pursuant to the provisions of 28 U.S.C. § 1441(b), in that it arises under 42 U.S.C. § 1983.

6. All defendants are represented by the same counsel and consent to the removal.

1  I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct. Executed on March 2, 2020, at Los
3 Angeles, California.

/s/ *Lynn L. Carpenter*

Lynn L. Carpenter, Declarant