# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL SAMPSON,<br><br>             Plaintiff,<br><br>     v.<br><br>GILLESPIE, et al.,<br><br>             Defendants. | Case No. 1:20-cv-00322-DAD-SAB<br><br>ORDER DENYING STIPULATION TO CONTINUE SCHEDULING CONFERENCE AS MOOT<br><br>(ECF No. 13) |

On March 3, 2020, the Court set the initial scheduling conference for May 19, 2020. (ECF No. 4.) On March 10, 2020, due to a pending motion to dismiss, the Court continued the scheduling conference until September 18, 2020. (ECF No. 7.) On May 6, 2020, the parties filed a stipulation requesting that the scheduling conference be continued from the original May 19, 2020 date, apparently unaware that the date had already been continued. (ECF No. 13.) The stipulation shall be denied as moot given the conference has already been continued.

Accordingly, IT IS HEREBY ORDERED that the stipulation to continue the scheduling conference is DENIED as moot.

IT IS SO ORDERED.

Dated:  **May 7, 2020**

UNITED STATES MAGISTRATE JUDGE

1