# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL SAMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>GILLESPIE, et al.,<br><br>        Defendant. | Case No. 1:20-cv-00322-DAD-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>SEVEN DAY DEADLINE |

On March 2, 2020, Defendants removed this matter from the Fresno County Superior Court to the Eastern District of California. (ECF No. 1.) On March 19, 2021, an order issued granting in part and denying in part Defendant's motion to dismiss. (ECF No. 19.) The order required Plaintiff to either file an amended complaint or notify the Court of his intent to proceed only on the claims found to be cognizable in the order. (Id.) On April 19, 2021, Plaintiff filed a notice of intent to proceed on the cognizable claims. (ECF No. 20.) Accordingly, this action is now proceeding against Defendants on Plaintiff's claims for an equal protection violation and municipal liability. (ECF No. 19 at 16.)

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, if the Court denies a motion brought under Rule 12, "the responsive pleading must be served within 14 days after notice of the court's action." Fed. R. Civ. P. 12(a)(4)(A). Here, the order granting in part Defendant's motion to dismiss was filed on March 19, 2021. (ECF No. 19.) Plaintiff filed notification that he

would proceed on the claims found to be cognizable on April 19, 2021.  The deadline to file a responsive pleading has passed and Defendant has not filed a responsive pleading or sought an extension of time to do so.

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within **seven (7) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **May 24, 2021**

UNITED STATES MAGISTRATE JUDGE