# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL SAMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GILLESPIE, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00322-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 53) |

     On September 30, 2022, the parties filed a stipulated motion to modify the scheduling order to the following pertinent dates: dispositive motion deadline on June 23, 2023; pretrial conference on December 18, 2023, and jury trial on February 20, 2024. (ECF No. 32.) On October 3, 2023, the Court granted the parties' motion. On June 23, 2023, Defendants filed a motion for summary judgment. (ECF No. 37.) The motion has not been decided.

     On November 28, 2023, the parties filed a second stipulated motion to either vacate the pretrial conference and trial dates until after the motion for summary judgment is decided or, alternatively, continue both the December 18, 2023 pretrial conference to December 16, 2024 and the trial set for February 20, 2024 until February 24, 2025. (ECF No. 53-1.) The parties proffer it would be premature to conduct the pretrial conference currently set for December 18, 2023 without knowing which, if any, issues will be disposed of by the Court's ruling on the pending motion for summary judgment. (ECF 53 at 2.) The parties further contend they cannot adequately prepare the joint pretrial conference statement currently due on December 11, 2023 to reflect the issues for trial without the Court's ruling. (Id.) The Court finds good cause exists to

vacate both the pretrial conference and trial until the motion for summary judgment is decided.

As the parties acknowledge in their motion, Judge de Alba was recently appointed to the Ninth Circuit.  Accordingly, no District Judge is currently assigned to the pending action.[1]  The parties are reminded that Magistrate Judges are available to conduct case dispositive proceedings, including motions to dismiss, motions for summary judgment, a jury or non-jury trial, and entry of a final judgment.  However, exercise of this jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent.  To consent or decline to Magistrate Judge jurisdiction, a party may sign and file the consent form available on the Court's website, at: http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/.  Parties may consent, decline, or withhold consent without any adverse consequences, and the assigned Magistrate Judge will not be informed of the individual party's holding or withholding of consent.

IT IS HEREBY ORDERED that the parties' stipulated motion (ECF No. 53) is GRANTED, and the pretrial conference currently set for December 18, 2023 and trial currently set for February 20, 2024 are VACATED.  The Court will reset the dates for the pretrial conference and trial, if necessary, following the Court's ruling on Defendants' motion  for summary judgment.

IT IS SO ORDERED.

Dated:   **November 29, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court emphasizes that aside from the recent appointment leaving this case unassigned to an active District Judge, the District Judges in the Eastern District are among the busiest in the nation. (See ECF No. 40 entered in Case No. 1:20-cv-01069-ADA-SAB ("The parties are further advised that due to the judicial resource emergency and COVID pandemic, there are more than 130 motions currently under submission in Judge de Alba's recently re-assigned caseload.  The Court understands the impact that such a backlog has on the parties and although the Court will continue working diligently to resolve all pending motions, it may still be months before the parties' pending motion is resolved.  As such, in light of having the heaviest district court caseload in the nation, limited Court resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court strongly encourages the parties to consent to conduct all further proceedings before a U.S. Magistrate Judge.").)