# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL SAMPSON,<br><br>Plaintiff,<br><br>v.<br><br>GILLESPIE, et al.<br><br>Defendants. | Case No. 1:20-cv-00322-KES-SAB<br><br>ORDER SETTING STATUS CONFERENCE FOR OCTOBER 14, 2026 AT 11:00 A.M. |

On October 5, 2026, Plaintiff filed a request for the Court to schedule a status conference in this matter to discuss a possible extension of the discovery deadlines in light of the current posture of this action. (ECF No. 67.) Defendants do not object to holding a status conference but object to any extension of the discovery deadlines. (ECF No. 68.) Accordingly, IT IS HEREBY ORDERED that a status conference is SET in this matter for **October 14, 2026, at 11:00 a.m.**

IT IS SO ORDERED.

Dated: **October 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge